UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16cv62201

RACHAEL STORM,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, RACHAEL STORM, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 15, 2016                Respectfully Submitted,

                                          /s/ Jibrael S. Hindi
                                        **JIBRAEL S. HINDI, ESQ.**
                                          Florida Bar No.: 118259
                                          E-mail:    jibrael@jibraellaw.com
                                          The Law Offices of Jibrael S. Hindi
                                          110 SE 6th Street, Suite 1744
                                          Fort Lauderdale, Florida 33301
                                          Phone:    954-907-1136
                                          Fax:       855-529-9540

                                          *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:         855-529-9540