```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 16-62201-CIV-ZLOCH
```

RACHAEL STORM,

      Plaintiff,                **FINAL ORDER OF DISMISSAL**

vs.

CREDENCE RESOURCE MANAGEMENT,
LLC,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Voluntary Dismissal With Prejudice (DE 15), filed herein by both Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Stipulation Of Voluntary Dismissal With Prejudice (DE 15) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of November, 2016.

                                          WILLIAM J. ZLOCH
                                          United States District Judge

Copies furnished:

All Counsel of Record